ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                   Plaintiff,

          v.

RUEBEN PAUL PHILL,

                   Defendant.

CASE NO. 2:25-CR-0162-DC

STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENT AND/OR INFORMATION SUBJECT TO A PROTECTIVE ORDER

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, as follows:

1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.    This Order pertains to forensic extractions of a coconspirator's phones. This evidence has previously been made available to the defense for review in the United States Attorney's Office. This Order would allow for these items to be transmitted to defense counsel.

3.    The government has represented that the protected discovery in this matter contains personal identifying information of other third parties. Specifically, the government has represented that Phill conspired with Susana Alejandra Castillo (charged elsewhere) to traffic firearm from Nevada to California, and that the two used multiple phones as part of

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

1

1    the offense.  Castillo has since pleaded guilty and been sentenced for her role in the

2    offense.  *USA v. Castillo,* 2:24-cr-00325-DC. This protected discovery includes

3    extractions of four cellular phones, at least three of which appear to have been used by

4    Castillo.  The defense has requested access to these phones without having to view them

5    in the United States Attorney's Office.

6    4.    The parties request the Court's order in this matter because the sensitivity of third-parties'

7    personal identifying information and other data discussed here requires special protection.

8    5.    Defense counsel shall not disclose any of the protected discovery to any person and/or

9    entity, the defendant/client, and/or witnesses that they may be interviewing and/or

10   preparing for trial and/or attorneys, law clerks, paralegals, secretaries, experts, consultants

11   and/or investigators involved in the representation of defense counsel's defendant/client in

12   this case, with the following exception:

13   a.   If defense counsel releases custody of any of the protected discovery and/or

14   information, and/or authorized copies thereof, to any person and/or entity described in

15   paragraph 5, defense counsel shall provide such recipients with copies of this Order

16   and advise that person that the discovery is the property of the United States

17   Government, that the protected discovery and information therein may only be used in

18   connection with the litigation of this case and for no other purpose, and that an

19   unauthorized use of the discovery may constitute a violation of law and/or contempt of

20   court.

21   6.    The discovery and/or information therein may only be used in connection with the

22   litigation of this case and for no other purpose.  The protected discovery is now and will

23   forever remain the property of the United States Government.  Defense counsel will return

24   the protected discovery to the Government or certify that it has been shredded and/or

25   deleted at the conclusion of the case, except that Defense counsel may keep one copy for

26   its own files, subject to the security restrictions stated in this document.

27   7.    Defense counsel will store the protected discovery in a secure place and will use

28   reasonable care to ensure that it is not disclosed to any other persons in violation of this

STIPULATION AND [PROPOSED] PROTECTIVE          2
ORDER

1    agreement.

2    8.    If defense counsel makes, or causes to be made, any further copies of any of the protected

3    discovery, defense counsel will inscribe the following notation on each copy: "U.S.

4    Government Property; May Not be Used Without U.S. Government Permission."

5    9.    Protected discovery materials, while in the custody and control of the defense attorney,

6    may be reviewed by the defendant represented by a defense attorney, licensed

7    investigators employed by the defense attorney, and any other individuals deemed

8    necessary by the defense attorney.  Defendants are prohibited from copying the materials

9    or maintaining personal copies of any such materials and shall be prohibited from

10    transporting any of these materials to their cellblocks, if applicable.

11    //

12

13    //

14

15    //

16

17    //

18

19    //

20

21    //

22

23    //

24

25    //

26

27    //

28

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

3

10.     Defense counsel shall be responsible for advising their defendant/client, employees and other members of the defense team and defense witnesses of the contents of this Stipulation and Order.

IT IS SO STIPULATED.

Dated:  August 14, 2025                          ERIC GRANT
                                                United States Attorney

                                                 /s/ Adrian T. Kinsella
                                                ADRIAN T. KINSELLA
                                                Assistant United States Attorney


Dated:  August 14, 2025                          /s/ Tamara Solomon
                                                TAMARA SOLOMON
                                                Counsel for Defendant


[~~PROPOSED~~] ORDER

For good cause shown, the stipulation of counsel in criminal case number 2:25-CR-0162-DC, is approved and

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 14, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] PROTECTIVE ORDER                    4