ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00162-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RUEBEN PAUL PHILL, | DATE: October 10, 2025 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 8, 2025, before the Honorable Daniel J. Calabretta. ECF No. 5. Time has been excluded until this date. *Id*. On July 28, 2025, the Court reassigned this case to the Honorable Denga Coggins, and reset the hearing for October 10, 2025.[1]  ECF No. 8.

2. Additionally, counsel for defendant has filed a motion to dismiss the indictment, which is currently scheduled to be heard on November 14, 2025. ECF No. 13.

3. By this stipulation, defendant now moves to continue the October 10, 2025 status

---

[1] This matter is also set for a Disposition hearing on the related TSR case, USA v. Phill, 2:24-CR-001-DC.  The parties will also request that that hearing be continued to the November 14, 2025 date.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

conference until November 14, 2025, and to exclude time between October 8, 2025, and November 14, 2025, under Local Code T4.

4.      The parties agree and stipulate, and request that the Court find the following:

    a)      The government has represented that the discovery associated with this case includes approximately 179 gigabytes of evidence in electronic form, included investigative reports and related documents, forensic cellular phone extractions, and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)      Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review discovery related to the matter, and to otherwise prepare for trial.

    c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)      The government does not object to the continuance.

    e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2025 to November 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    g)      Additionally, exclusion of time is also appropriate pursuant to 18 U.S.C.§ 3161(h)(1)(D), [Local Code E], given the pending pretrial motion at ECF No. 11.

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 8, 2025

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: October 8, 2025

/s/ TAMARA SOLOMON
TAMARA SOLOMON
Counsel for Defendant
RUEBEN PAUL PHILL

**ORDER**

The court, having received, read and considered the parties' stipulation filed on October 8, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for October 10, 2025, is VACATED and RESET for November 14, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between October 8, 2025 and November 14, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. Additionally, time is also excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(1)(D), [Local Code E], given the pending pretrial motion filed on October 7, 2025.

IT IS SO ORDERED.

Dated:   **October 8, 2025**   _____
Dena Coggins
United States District Judge