ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUEBEN PAUL PHILL,<br>Defendant. | CASE NO. 2:25-CR-00162-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AMENDED FINDINGS AND ORDER<br><br>DATE: November 20, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 20, 2026. ECF No. 33. Time has been excluded until this date. *Id.*

2. By this stipulation, defendant now moves to continue the November 20, 2026 status conference until February 5, 2027, and to exclude time between November 20, 2026, and February 5, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 179 gigabytes of evidence in electronic form, included investigative reports and related documents, forensic cellular phone extractions, and other materials. All of

this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, the government just obtained and produced additional discovery specifically requested by the defense.

b) Counsel for defendant was recently substituted in as new counsel of record. ECF No. 37. Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery related to the matter, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2026 to February 5, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: November 16, 2026

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: November 16, 2026

/s/ TODD D. LERAS
TODD D. LERAS
Counsel for Defendant
RUEBEN PAUL PHILL

**AMENDED ORDER**

IT IS HEREBY ORDERED as to Rueben Paul Phill, the court, having received, read and considered the parties' stipulation filed on November 16, 2026 (Doc. No. 39), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for November 20, 2026, is VACATED and RESET for February 5, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 20, 2026 and February 5, 2027, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.

IT IS SO ORDERED.

Dated: **November 18, 2026**

Dena Coggins
United States District Judge